IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| SCANA Energy Marketing, Inc., | ) | |
| | ) | C/A No.: 3:09-cv-2135-JFA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Waverly Particleboard Company, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On September 15, 2009, this court stayed this action pursuant to the automatic stay provision of the Bankruptcy code, 11 U.S.C. § 362.  After issuing a request for a status report, the court has been informed that the Bankruptcy Court resolved the action on December 1st, 2009.  Case No. 09-35847-DOT (Bankr. E.D. Va.).  Therefore, this court hereby dismisses this action without prejudice.

IT IS SO ORDERED.

December 15, 2011                                            Joseph F. Anderson, Jr.
Columbia, South Carolina                              United States District Judge

1